ENTERED - SOUTHERN DIVISION
CLERK, U.S.D.C.

AUG - 8 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

AUG - 8 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL Petitioner
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 8/8/2011

DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTIS TELBERT BERTHEY, JR., | Case No. CV 10-9636-DDP (RNB) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| GARY SANDOR, Warden, | |
| Respondent. | |

In accordance with the Order Adopting in Part Findings, Conclusions, and Recommendations of United States Magistrate Judge filed herewith,

IT IS HEREBY ADJUDGED that the Petition is denied and this matter is dismissed without prejudice.

DATED: AUG - 8 2011

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

1